UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

MARY CONNER, individually and as the
representative of a class of similarly situated
persons,

                                    Civil Action No. 1:18-cv-4151

                    Plaintiffs,
    -against-

THE INSTITUTE OF CULINARY EDUCATION,
INC.,

                     Defendant.
------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its or her own legal fees and costs.

Dated:

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked
44 Court Street, Suite 1217
Brooklyn, New York
(917) 373-9128
*Attorneys for Plaintiffs*

PADUANO & WEINTRAUB, LLP

By: _____
Katherine B. Harrison
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
(212) 785-9100
*Attorneys for Defendant*

SO ORDERED: 7/30/18

_____
UNITED STATES DISTRICT JUDGE